[No. 70939-9-I. Division One. November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. C.A.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02278-1, Barbara A. Mack, J., entered September 5, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 71207-1-I. Division One. November 3, 2014.]

*In the Matter of the Dependency of* L.D.

CORNELIUS DEMPS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-04227-2, Hollis R. Hill, J., entered November 4, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 72033-3-I. Division One. November 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. MESSER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00054-9, Amber L. Finlay, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Leach, JJ.

[No. 44104-7-II. Division Two. November 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. BARTHOLOMEW, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00362-3, Gordon Godfrey, J., entered January 30, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.